# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| JAY SANDON COOPER, | § | |
|     Plaintiff, | § | |
| | § | |
| v. | § | No. 3:14-CV-2795-N (BF) |
| | § | |
| BANK OF NEW YORK MELLON, et al., | § | |
|     Defendants. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The Court has under consideration the Findings, Conclusions and Recommendation of the United States Magistrate Judge Paul D. Stickney. The District Court reviewed the proposed Findings, Conclusions and Recommendation for plain error. Finding none, the Court accepts the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

**IT IS THEREFORE ORDERED** that Defendants' Motions to Dismiss [D.E. 8, 13, 14] are **DENIED**. Plaintiff shall file an Amended Complaint within two weeks of the entry of this Order.

**SO ORDERED** this 2nd day of March, 2015.

_____
DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE