UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JAY SANDON COOPER, § | |
| Plaintiff, § | |
| v. § | No. 3:14-CV-2795-N (BF) |
| OCWEN LOAN SERVICING, LLC, et al., § | |
| Defendants. § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The Court has under consideration the Findings, Conclusions, and Recommendation of the United States Magistrate Judge Paul D. Stickney [D.E. 66]. Objections were filed. The District Court has made a *de novo* review of those portions of the proposed Findings, Conclusions, and Recommendation to which objection was made. The objections are overruled.

**IT IS THEREFORE ORDERED** that Defendants' Motions to Dismiss [D.E. 43, 44, 45] are **GRANTED**.

**SO ORDERED** this 30th day of December, 2015.

_____
DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE