UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JAY SANDON COOPER,        § | |
|     Plaintiff,        § | |
| v.        § | No. 3:14-CV-2795-N (BF) |
| OCWEN LOAN SERVICING, LLC, et al.,        § | |
|     Defendants.        § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND
RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The Court has under consideration the Findings, Conclusions and Recommendation of the United States Magistrate Judge Paul D. Stickney. Objections were filed. The District Court has made a *de novo* review of those portions of the proposed Findings, Conclusions and Recommendation to which objection was made. The objections are overruled.

**IT IS THEREFORE ORDERED** that Plaintiff's Motion to Alter or Amend Judgment and Request for Findings [ECF No. 70] is **DENIED**.

**SO ORDERED** this 22nd day of August, 2016.

_____
DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE