UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JAY SANDON COOPER, § | |
|     Plaintiff, § | |
| v. § | No. 3:14-CV-2795-N (BF) |
| OCWEN LOAN SERVICING, LLC, et al., § | |
|     Defendants. § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The Court has under consideration the Findings, Conclusions and Recommendation of the United States Magistrate Judge Paul D. Stickney. Objections were filed. The District Court has made a *de novo* review of those portions of the proposed Findings, Conclusions and Recommendation to which objection was made. The objections are overruled.

**IT IS THEREFORE ORDERED** that Plaintiff's Motion to Proceed In Forma Pauperis [ECF No. 80] is DENIED. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that Plaintiff's appeal is not taken in good faith.

**SO ORDERED** this 21st day of October, 2016.

_____
DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE